THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARION F. McCABE, Appellant, *v.* DESMOND S. SHIPLEY, Respondent.

Submitted November 13, 1944; decided November 15, 1944.

*Arthur L. Burchell* for motion.
*Edward H. Hart* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion on the ground that the order appealed

from does not finally determine the proceeding within the meaning of the Constitution.